UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEEL AHMED,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL BIGGS, *et al.*,<br><br>    Defendants. | 2:12-CV-2131-JAM-KJN<br><br>**ORDER**<br>**AMENDING PRE-TRIAL**<br>**SCHEDULING ORDER** |

Upon consideration of the parties' stipulation and joint motion to amend the scheduling order in this case, IT IS HEREBY ORDERED, the Pre-Trial Scheduling Order is amended as follows:

    Disclosure of Expert Witness:  February 8, 2013

    Disclosure of Rebuttal Experts:  February 15, 2013

    Discovery Deadline:  April 1, 2013

    Deadline for Dispositive Motions:  April 17, 2013

    Dispositive Motions Hearing:  May 15, 2013 at 9:30 a.m.

    Joint Pretrial Statement:  June 21, 2013

    Final Pretrial Conference:  June 28, 2013 at 10:00 a.m.

    Court Trial:  August 5, 2013 at 9:00 a.m.

IT IS SO ORDERED this 8th day of January 2013.

                                          /s/ John A. Mendez
                                          HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE

Order Amending Pre-Trial Scheduling Order
2:12-cv-2131-JAM-KJN