1   Robert B. Jobe (Cal. State Bar #133089)
    Anna L. Benvenue (Cal. State Bar #261436)
2   LAW OFFICE OF ROBERT B. JOBE
    550 Kearny Street, Ste. 200
3   San Francisco, CA 94108
    Tel:    (415) 956-5513
4   Fax:    (415) 840-0308
    Email: federal@jobelaw.com
5
    Attorneys for Plaintiff.
6

7                 UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9                        SACRAMENTO DIVISION

10

11  SHAKEEL AHMED,                    )    No. 2-12-cv-2131 JAM KJN
                                      )
12          Plaintiff                 )
                                      )
13          v.                        )
                                      )
14  BIGGS, *et al.*,                  )    PLAINTIFF'S MOTION FOR VOLUNTARY
                                      )    DISMISSAL
15                                    )
            Defendants.               )
16  _____   )

17          Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff requests that his complaint currently pending

18  before the Court be dismissed with prejudice. Plaintiff agrees to bear all of his own costs and

19  attorney's fees.

20          Federal Rule of Civil Procedure 41(a)(2) provides:

21          [A]n action shall not be dismissed at the plaintiff's instance save upon order of
            the court and upon such terms and conditions as the court deems proper. If a
22          counterclaim has been pleaded by a defendant prior to the service upon the
            defendant of the plaintiff's motion to dismiss, the action shall not be dismissed
23          against the defendant's objection unless the counterclaim can remain pending
            for independent adjudication by the court. Unless otherwise specified in the
24          order, a dismissal under this paragraph is without prejudice.

25  Fed. R. Civ. P. 41(a)(2).  Under this rule, if the defendant has answered or filed a dispositive motion,

26  a plaintiff may not dismiss an action except by court order and under such terms and conditions as

27  the court deems proper.  The decision whether to grant the motion rests within the discretion of the

28  court.  Sams v. Beech Aircraft Corp., 625 F.2d 273, 277 (9th Cir. 1980).  "A district court should

1  grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will

2  suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001)

3  (citations omitted).  The Ninth Circuit has defined legal prejudice as "just that-prejudice to some

4  legal interest, some legal claim, some legal argument." Westlands Water Dist. v. United States, 100

5  F.3d 94, 97 (9th Cir. 1996).  "[T]he expense incurred in defending against a lawsuit does not amount

6  to legal prejudice." Id.

7          Here, Defendants have not filed cross claim alleging the existence of any legal claim.

8  Therefore, Defendants would not suffer any legal prejudice if Plaintiff's motion for voluntary

9  dismissal is granted.

10         WHEREFORE, Plaintiff prays that this Court grant his motion for voluntarily dismissal.

11         Dated: February 21, 2013              Respectfully submitted,

12                                               LAW OFFICE OF ROBERT JOBE

13                                               /s/ Robert B. Jobe
                                                 Robert B. Jobe
14                                               550 Kearny Street, Ste. 200
                                                 San Francisco, CA 94108
15                                               (415) 956-5513 phone
                                                 (415) 840-0308 fax
16                                               Attorney for Petitioner

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Voluntary Dismissal
No. 2-12-cv-2131

1

## <u>ORDER</u>

2       It is hereby ordered that Plaintiff's motion for voluntary dismissal pursuant to Fed. R.

3   Civ. P. 41(a)(2) be GRANTED.

4       **It is so ordered – 2/21/2013**

5

6                                   /s/ John A. Mendez
7                                   Hon. John A. Mendez
                                    United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Voluntary Dismissal
No. 2-12-cv-2131