Robert B. Jobe (Cal. State Bar #133089)
Anna L. Benvenue (Cal. State Bar #261436)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHAKEEL AHMED, | No. 2-12-cv-2131 JAM KJN |
| Plaintiff | |
| v. | |
| BIGGS, *et al.*, | PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff requests that his complaint currently pending before the Court be dismissed with prejudice. Plaintiff agrees to bear all of his own costs and attorney's fees.

Federal Rule of Civil Procedure 41(a)(2) provides:

> [A]n action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper. If a counterclaim has been pleaded by a defendant prior to the service upon the defendant of the plaintiff's motion to dismiss, the action shall not be dismissed against the defendant's objection unless the counterclaim can remain pending for independent adjudication by the court. Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice.

Fed. R. Civ. P. 41(a)(2). Under this rule, if the defendant has answered or filed a dispositive motion, a plaintiff may not dismiss an action except by court order and under such terms and conditions as the court deems proper. The decision whether to grant the motion rests within the discretion of the court. <u>Sams v. Beech Aircraft Corp.</u>, 625 F.2d 273, 277 (9th Cir. 1980). "A district court should

grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001) (citations omitted).  The Ninth Circuit has defined legal prejudice as "just that-prejudice to some legal interest, some legal claim, some legal argument." Westlands Water Dist. v. United States, 100 F.3d 94, 97 (9th Cir. 1996). "[T]he expense incurred in defending against a lawsuit does not amount to legal prejudice." Id.

Here, Defendants have not filed cross claim alleging the existence of any legal claim. Therefore, Defendants would not suffer any legal prejudice if Plaintiff's motion for voluntary dismissal is granted.

WHEREFORE, Plaintiff prays that this Court grant his motion for voluntarily dismissal.

Dated: February 21, 2013         Respectfully submitted,

                                 LAW OFFICE OF ROBERT JOBE

                                 /s/ Robert B. Jobe
                                 Robert B. Jobe
                                 550 Kearny Street, Ste. 200
                                 San Francisco, CA 94108
                                 (415) 956-5513 phone
                                 (415) 840-0308 fax
                                 Attorney for Petitioner

**ORDER**

It is hereby ordered that Plaintiff's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2) be GRANTED.

**It is so ordered - 2/21/2013**

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

Notice of Voluntary Dismissal
No. 2-12-cv-2131

3